|  | AUSA: | A. Tare Wigod | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: | Kylie Churches, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
James Allen

Case No. 24-30372

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 26, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kylie Churches, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ~~August 26, 2024~~ August 29, 2024

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Task Force Officer Kylie Churches, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been a Task Force Officer with ATF since March 2022, and I have extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a Task Force Officer with the ATF, I have been employed as a police officer with the City of Detroit for approximately four years. I also have a bachelor's degree in Criminal Justice.

3. As an ATF Task Force Officer, I have authored numerous state search warrants, state criminal complaints, and state arrest warrants.

4. As an ATF Task Force Officer, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug trafficking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including physical and

1

electronic surveillance, undercover and various types of informants, and cooperating sources.

5. The statements contained in this affidavit are based, in part, on my review of written police reports by the Detroit Police Department. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, my investigation, and review of documents.

6. This affidavit establishes probable cause that James ALLEN (DOB: XX/XX/1979) violated 18 U.S.C. § 922(g)(1), felon in possession of firearm(s).

7. This affidavit does not include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

8. On August 26, 2024, at approximately 11:07 a.m., a text message was received by 911 regarding the location of 55XX University Place. The message reported that a male wearing grey jogging pants, no teeth, tattoos, was armed with a gun and was holding a female and her children hostage.

9. On August 26, 2024, at approximately 11:22 am, Detroit Police Department (DPD) Police Officers Bennett, Willis, and Sergeant Roberts-Snyder were dispatched to 55XX University Place, which is a single-family dwelling. Sergeant Roberts-Snyder knocked on the side of 55XX University Place and

2

announced Detroit Police presence; in response, James ALLEN walked out the front door. When ALLEN exited the location, adult witness 1 (AW-1) used the distraction to rush out the front door with the four juveniles and walked down University Place towards Chandler Park. ALLEN started yelling at AW-1 asking "where is my money?"

10. AW-1 provided law enforcement on scene with his/her personal identifying information.

11. The Officers walked to Chandler Park and University Place where they spoke with AW-1 and verified that she and the four children were being held hostage by her boyfriend ALLEN. During the encounter AW-1 showed Sergeant Roberts-Snyder a video from her cellphone of ALLEN sitting by the front door with a handgun in his right pants pocket. AW-1 also informed law enforcement that ALLEN has a "gun up underneath the bed." AW-1 described two firearms: a small pistol with "army fatigue" on it and a "big ass automatic shotgun," which AW-1 stated was on the other side of his bed.

12. While Detroit Police Officers were speaking with AW-1, ALLEN had left the location and was observed in the front passenger seat of a white Dodge Ram with the license plate 1PSA47 turning onto Chandler Park from University Place. A traffic stop was initiated on the white Dodge Ram. ALLEN initially refused multiple commands by Police to exit the vehicle until finally he exited.

3

Officers placed ALLEN into handcuffs and was transported to the Detroit Detention Center.

13. On August 26, 2024, at 3:52 p.m., Sergeant Hochradel of the Detroit Police Department obtained a search warrant for 55XX University Place for the firearms that were described by AW-1.

14. On August 26, at approximately 4:15 p.m. a search warrant was executed at 55XX University place by members of Detroit Police Department's Tactical Service Section. During the search, Officer Dwyer recovered a black Akdal MKA 1919-XN 12 gauge firearm with the serial number 1302164 with an extended magazine with numerous live 12 gauge ammunition. Officer Dwyer also recovered a black and snake skin Arex Zero 1S 9mm with the serial number A05258 with one round chambered and a magazine with live ammunition. Both firearms were recovered from under the mattress in ALLEN's bedroom on the first floor of 55XX University Place. Officer Dwyer also recovered a Detroit water and Sewage Department bill for 55XX University Place in the name of James ALLEN to show residency at 55XX University Place from the TV stand inside the residence.

15. I reviewed ALLEN's computerized criminal history report and the results reflect that ALLEN was convicted for the following felony offenses:

4

    a. 2005: Attempt – Felony Weapons – Carrying Concealed – 3rd Circuit Court – Wayne County, case number 0500803801-FH

    b. 2020: Felony Habitual Offender – Second Offense Notice – 16th Circuit Court – Macomb County, case number 20191661

    c. 2007: Eastern District of Michigan -- Conspiracy to Distribute Cocaine Base. Sentenced to 110 months imprisonment followed by 4 years of supervised release.

16. Accordingly, ALLEN is prohibited under federal law from possessing firearms.

17. ATF Special Agent Klupacs, a firearms interstate nexus expert, was advised of the recovered Akdal MKA 1919-XN and the Arex Zero 1S. S/A Klupacs stated that, based on her training and experience, the firearms meets the federal definition of a firearm and that they were both manufactured outside of the State of Michigan; therefore the firearms traveled in interstate and/or foreign commerce prior to the possession of them in Michigan.

## CONCLUSION

18. Based on the above facts, there is probable cause to believe that on August 26, 2024, while in the Eastern District of Michigan, James ALLEN, a convicted felon, was in possession of the above-described firearms, said firearms

having traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1) – felon in possession of a firearm.

Respectfully submitted,

*Kylie Churches*
Kylie Churches
Task Force Officer
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: ~~August 28, 2024~~   August 29, 2024

6